UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00345-MSK-BNB

DONNA COMO,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA, INC., a Maryland corporation,
d/b/a CROWLEY COUNTY CORRECTIONAL FACILITY,

    Defendant.

---

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO FILE THIRD-PARTY COMPLAINT AND ADD THIRD-PARTY DEFENDANT

---

THIS MATTER, having come before the court on Defendant's Unopposed Motion to File Third-Party Complaint and Add Third-Party Defendant pursuant to Fed. R. Civ. P. 14(a), and the court having reviewed the motion and found it to be well taken, hereby ORDERS the clerk of the court to denote as filed Defendant Correction Corporation of America's Third-Party Complaint. The court further GRANTS defendant Corrections Corporation of America leave to serve a summons and the third-party complaint on Dominion Correctional Services, L.L.C. ("Dominion").

Dated this 11th day of July, 2005.

*[signature]*

~~United States District Court Judge~~

**BOYD N. BOLAND**
**United States Magistrate Judge**