IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00345-MSK-BNB

DONNA COMO,

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation, d/b/a CROWLEY COUNTY CORRECTIONAL FACILITY,

Defendant.
_____

# ORDER
_____

This matter is before me on the **Plaintiff's Unopposed Motion for Amendment of Scheduling Order** (the "Motion"), filed August 18, 2005.  Good cause having been shown,

IT IS ORDERED that the Motion is GRANTED, and the Scheduling Order is modified to the following extent:

        **Discovery Cut-Off:**        **February 13, 2006**

(All discovery must be **completed** by the discovery cut-off.  All written discovery must be served so that responses are due on or before the discovery cut-off.)

**Expert Disclosures:**

**(a)**    The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **December 12, 2005**

      **(b)**    The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **January 13, 2006**

Dated August 24, 2005.

                                                BY THE COURT:

                                              /s/ Boyd N. Boland
                                              United States Magistrate Judge