IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00345-MSK-BNB

DONNA COMO,

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation, d/b/a CROWLEY COUNTY CORRECTIONAL FACILITY,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant Corrections Corporation of America, Inc.'s Motion to Vacate Settlement Conference** (the "Motion"), filed on September 8, 2005.

IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for September 13, 2005, is VACATED, to be reset upon the request of the parties.

DATED: September 9, 2005