IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00345-MSK-BNB

DONNA COMO,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation,
d/b/a CROWLEY COUNTY CORRECTIONAL FACILITY,

    Defendant and Third-Party Plaintiff,

v.

DOMINION CORRECTIONAL SERVICES, L.L.C., a Delaware corporation,

    Third-Party Defendant.

_____

### ORDER OF DISMISSAL
_____

THIS MATTER comes before the Court on the parties' **STIPULATION OF DIMISSAL (#43)** filed January 16, 2006. Good cause having been shown,

IT IS ORDERED that all claims in this action are hereby dismissed with prejudice, each party to bear her or its own costs and attorney's fees.

DATED this 17th day of January 2006.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge